806 A.2d 851

In the Matter of David E. SHAPIRO.

Petition for Reinstatement.

No. 691 Disciplinary Docket No. 2.

Supreme Court of Pennsylvania.

Aug. 8, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this 8th day of August, 2002, upon consideration of the Report and Recommendations of the Disciplinary

Board of the Supreme Court of Pennsylvania dated June 7, 2002, the Petition for Reinstatement is denied.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.